GEORGE P. KELESIS, ESQ.
Nevada State Bar No. 000069
BAILUS COOK & KELESIS, LTD.
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
E-mail: law@bckltd.com

*Attorneys for Theodore Lee*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>v.<br><br>THEODORE LEE,<br><br>    Respondent. | Case No. 2:12-cv-01994-GMN-PAL<br><br>**ORDER CONTINUING HEARING<br>ON ORDER TO SHOW CAUSE** |

Based on the Stipulation of the Parties hereto, and good cause appearing:

IT IS HEREBY ORDERED that the hearing on the Court's Order to Show Cause, currently scheduled for the 31st day of May, 2013 at 2:30 p.m., is continued.

Respondent Theodore Lee is hereby ordered to appear before United States District Judge Gloria M. Navarro, at the United States District Court located at 333 South Las Vegas Blvd., Las Vegas, NV 89101 on the 13 day of August, 2013, at 9:00 a.m.

It is further ORDERED that if the respondent has any defense to present or opposition to the petition, such defense or opposition shall be made in writing and filed with the clerk of Court and copies served on counsel for the United States in Washington D.C., at least 14 days prior to

///

///

///

the date set fort he show cause hearing.  The United States may file a reply memorandum to any opposition at least five court days prior to the date set for the show cause hearing.

**DATED** this 21st day of May, 2013.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

BAILUS COOK & KELESIS, LTD.


   */s/ George P. Kelesis*
GEORGE P. KELESIS, ESQ.
Nevada Bar No.  000069
400 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Telephone:      (702) 737-7702
Facsimile:       (702) 737-7712
*law@bckltd.com*
*Counsel for Theodore Lee*


KATHRYN KENEALLY
Assistant Attorney General


   */s/ Jeremy N. Hendon*
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:      (202) 353-2466
Facsimile:       (202) 307-0054
*Jeremy.Hendon@usdoj.gov*


Of Counsel:
DANIEL G. BOGDEN
United States Attorney
*Attorneys for the United States of America*