UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cv-01994-GMN-PAL |
| Petitioner, | ORDER |
| v. | (Mot Strike - Dkt. #38) |
| THEODORE LEE, | |
| Respondent. | |

Before the court is Theodore Lee's Objections to and Motion to Strike Evidence Submitted by United States in Support of Reply in Support of Petition to Enforce IRS Summons (Dkt. #38). Having reviewed and considered the matter,

**IT IS ORDERED** that the Motion to Strike (Dkt. #38) is **DENIED**. A separate decision and order will be entered shortly addressing the merits of the motions under submission.

DATED this 30th day of September, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE